**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON J. MCNELLY, a married person,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in the State of Washington, and CRAWFORD & COMPANY, a foreign corporation doing business in the State of Washington, and JEFFREY LAVILETTA, an individual,<br><br>Defendants. | No. 2:24-cv-01810-JNW<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND ISSUE AMENDED CASE SCHEDULE** |

## I. STIPULATION AND RELIEF REQUESTED

Pursuant to LCR 10(g) and 16(b)(6), the parties respectfully request the Court continue the current trial date and all pre-trial deadlines by 120 days and issue a new Scheduling Order reflecting the same. The parties have conferred, and this motion is stipulated.

There have been no prior continuances and Good cause exists to modify the case schedule. The parties are working together to resolve outstanding discovery issues regarding a 30(b)(6) deposition of defendant and defendant's expert. Additionally, the parties have been engaged in settlement negotiations over the past several months. They are attempting to schedule a mediation

Stipulated Motion to Continue Trial Date and Issue Amended Case Schedule – 1
Case No.: 2:24-cv-01810-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1  but have experienced difficulty securing mediation dates that work for both parties and their
2  chosen mediator.  The parties wish to engage in mediation before incurring the costs of litigating
3  dispositive motions.  The parties have not yet sought an extension of any deadlines in this case and
4  the parties agree an extension is needed here.

## II. STATEMENT OF FACTS

6  The parties are focused at this time on resolution, without incurring additional litigation
7  costs in order to promote meaningful settlement negotiations.  The parties are hopeful that the
8  remaining issues in the case can be resolved by negotiation.  The parties are jointly seeking a
9  continuance in this matter of all deadlines as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Discovery completed by | 11/14/25 | 03/16/26 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | 12/15/25 | 04/14/26 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | 02/12/26 | 06/12/26 |
| All motions in limine must be filed by (see LCR 7(d)) | 03/04/26 | 07/02/26 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e) | 03/23/26 | 07/21/26 |
| Agreed pretrial order due | 03/23/26 | 07/21/26 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | 03/30/26 | |
| Pretrial Conference | 04/06/26 | 07/28/26 |
| Jury Trial Date (6 days) | 04/13/26 | 08/11/26 |

## III. ARGUMENT

A.  **Applicable Legal Standard**

"A [case] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  *See also* LCR 16(b)(6) ("A schedule may be modified only for good

Stipulated Motion to Continue Trial Date and Issue Amended Case Schedule – 2
Case No.:  2:24-cv-01810-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

B. **Good Cause Exists to Modify the Trial Date and Case Schedule**

Good cause exists to amend the trial deadlines in this matter as outlined above and in the introduction.

### IV. ORDER

After consideration of the Stipulated Motion to Amend Case Schedule, and the Court being fully advised on the premises, it is hereby ORDERED that the Parties' Stipulated Motion is hereby **GRANTED.**

IT IS FURTHER ORDERED that the current case schedule deadlines are moved forward 120 days in this matter and will be continued to August 11, 2026 and an Order Amending Case Schedule will be issued by the Court.

Dated: December 11, 2025

_____
Jamal N. Whitehead
United States District Judge

Stipulated Motion to Continue Trial Date and Issue Amended Case Schedule – 3
Case No.: 2:24-cv-01810-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1  Presented by:

2  FORSBERG & UMLAUF, P.S.

3  *s/ Daniel L. Syhre*
   Kimberly A. Reppart, WSBA #30643
4  Daniel L. Syhre, WSBA #34158
   *Attorneys for Defendant*

5
   LOUGHLIN LAW FIRM PLLC
6

   *s/ Joseph Loughlin*
7  Joseph Loughlin, WSBA #35467
   *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulated Motion to Continue Trial Date and Issue Amended Case Schedule – 4
Case No.: 2:24-cv-01810-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX