UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON J. MCNELLY, a married person,<br><br>    Plaintiff,<br><br>    vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in the State of Washington, and CRAWFORD & COMPANY, a foreign corporation doing business in the State of Washington, and JEFFREY LAVILETTA, an individual,<br><br>    Defendants. | No.  2:24-cv-01810-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT USAA CASUALTY INSURANCE COMPANY |

## I.    STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 14th day of April, 2026.

CLYDE & CO US LLP

s/ Daniel L. Syhre
Kimberly A. Reppart, WSBA #30643
Daniel L. Syhre, WSBA #34158
Attorney for Defendant USAA

Dated this 13 day of April, 2026.

LOUGHLIN LAW FIRM PLLC

Joeph Loughlin, WSBA #35467
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT USAA CASUALTY INSURANCE COMPANY
WITH PREJUDICE – 1
Case No.:  2:24-cv-01810-JNW

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

## II.    ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated:  __April 17, 2026__

Judge Jamal N. Whitehead

*Presented by:*

CLYDE & CO US LLP


*s/ Daniel L. Syhre*
Kimberly A. Reppart, WSBA #30643
Daniel L. Syhre, WSBA #34158
*Attorney for Defendant USAA*

*Approves as to Form;*
*Notice of Presentation Waived:*

LOUGHLIN LAW FIRM PLLC


Joeph Loughlin, WSBA #35467
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT USAA CASUALTY INSURANCE COMPANY
WITH PREJUDICE – 2
Case No.:  2:24-cv-01810-JNW

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501